IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MPS ENTERTAINMENT, LLC
A New Jersey Limited Liability Company

   Plaintiff,      CASE NO.: _____

vs.

ROBERT M. FLETCHER and
FRANK SORRENTINO

   Defendants,

_____/

## VERIFIED COMPLAINT
## AND DEMAND FOR JURY TRIAL

Plaintiff, MPS ENTERTAINMENT, LLC, ("MPS" or "Plaintiff"), by its attorney

as and for their Complaint against Defendants, ROBERT M. FLETCHER and FRANK

SORRENTINO ("Defendants"), alleges as follows:

## JURISDICTION AND VENUE

This is a complaint for Trademark Infringement, Unfair Competition and False

Description arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. §§1114(1)

(Trademark Infringement) and 1125(a) (Unfair Competition and False Description), for

Unfair Business Practices arising under Florida Statutes §§ 495.131, 495.151 and 540.08

and for injury to business reputation under common law.

1.  This Court has original subject matter jurisdiction over this action

pursuant to 28 U.S.C. §1338(a) and 15 U.S.C. §1121.  This Court has related claim

1

jurisdiction over the state law claims pursuant to 28 U.S.C. §1338(b) and 28 U.S.C. §1367.

2.      Venue is proper in this district pursuant to 28 U.S.C. §1391 in as much as a substantial part of the events or omissions giving rise to the claims for relief occurred in this judicial district.

## PARTIES

3.      Plaintiff, MPS is, and at all times mentioned herein was, a limited liability company organized and existing under the law of the State of Florida, having a principal place of business in Miami, Florida.  At all times herein Plaintiff, MPS has been engaged in the business of developing, marketing and distributing goods and services under the trademark "The Situation".

4.      MPS is a limited liability company controlled and owned by Michael Sorrentino ("Michael"), an internationally known TV star who has appeared on the "Jersey Shore", "Dancing with the Stars", "The Tonight Show" and many other nationally televised programs and his brother Marc Sorrentino.  MPS was established as the exclusive entity to license the name, image and likeness of Michael.

5.      Plaintiff alleges upon information and belief that Defendant, Robert M. Fletcher ("Fletcher") is, and at all times mentioned herein was, an individual residing and conducting business in Boca Raton, Florida under the trade name "Strategic Book Publishing and Rights Agency", which is Fletcher's attempt to make it appear as though he is operating a legitimate business, when in fact he is not.  Fletcher and various "companies" that he alleges are in the publishing business are (according to a complaint

2

filed by Florida's Attorney General) scams and Fletcher has no real experience in book publishing or the exploitation of literary rights, but rather his business is designed to "rip off" authors.  Attached hereto as **Exhibit A** is an Affidavit of the investigator for the Florida Attorney General, filed in another case.

6.       Plaintiff alleges upon information and belief that Defendant, Frank Sorrentino ("Sorrentino") is, and at all times mentioned herein was, an individual residing in Boca Raton, Florida.

## FACTUAL BACKGROUND

7.       Formed in 2009, Plaintiff, MPS, is a corporation which owns trademarks for use of the mark "The Situation" in commerce.  True and correct copies of said registration certificates are attached hereto as **Exhibits B, C, D, E, F and G** and hereinafter referred to as "the Mark".

8.       Since 2009 and continuing to the present, Plaintiff has marketed, distributed, and/or sold its goods and services bearing the Mark or similar variations thereof.  Plaintiff has spent a lot of time, energy and money to develop the goodwill associated with the Mark.

9.       Since 2009 and continuing to the present, Plaintiff has continuously used the Mark in connection with advertising and promoting its goods and services.

10.       Starting in May of 2011, Defendants began to distribute, on the internet, a website at www.TheConfrontationSite.com (the "Website").

11.       The Website prominently uses the Mark and Michael's name, image and likeness to attract and draw visitors to the Website where the Defendants purport to

3

conduct commerce.   True and correct copies of the screenshots of the Website are attached hereto as **Exhibit H.**

12.   According to a press release posted on the Website, Strategic Book Publishing and Rights Agency "is a book marketing and rights agency located in the United States [which] works with over 10,000 authors".   This "company" is not incorporated anywhere, and operates in the "clouds" as an alter ego of Fletcher.  Indeed, according to the complaint filed by the Florida Attorney General against Fletcher and others, Fletcher has nor background or experience in book publishing, but rather is operating a scam which is the subject of more than 400 consumer fraud complaints.

13.   Hence, it is apparent that the Website has been set up only to:  (1) damage the business reputation of MPS, and (2) capitalize upon the goodwill of Plaintiff's Mark and to illegally profit off of the use of the Mark in commerce, and (3) use the name, image and likeness of Michael in commerce, in violation of Fla. Stat. § 540.08.

## COUNT I -- TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT

14.   Plaintiff repeats and hereby incorporates herein by reference as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

15.   The aforesaid acts of Defendants constitute infringement of the Mark, in violation of Section 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. §1114(1).

16.   Defendants' use of the Mark comprises an infringement of Plaintiff's registered trademarks for "The Situation" and is likely to cause confusion, mistake and deception of the public as to the identity and origin of Plaintiff's goods, causing damages and irreparable harm to Plaintiff for which there is no adequate remedy at law.  Unless

4

Defendants are restrained from continuing their wrongful acts, the damage to Plaintiff will increase.

17.     Plaintiff is informed and believes and thereon alleges that Defendants have unlawfully obtained profits.  The amount to be paid to Plaintiff is unknown and can only be ascertained by an accounting of Defendants' files, books and records.

18.     An accounting is necessary to determine the true status of the accounts and the amounts owed to Plaintiff.

19.     By reason of the foregoing acts, Defendants are liable to Plaintiff for trademark infringement under 15 U.S.C. §1114.

## COUNT II -- UNFAIR COMPETITIION AND FALSE DESIGNATION OF ORIGIN – 15 U.S.C. § 1125(a)

20.     Plaintiff repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

21.     Defendants' use of the Mark to promote, market or sell their products and services in direct competition with Plaintiff's products and services constitutes unfair competition and false designation of origin in violation of 15 U.S.C. §1125(a). Defendants' use of the Mark is likely to cause confusion, mistake, deception among consumers.

22.     Defendants' wrongful acts have permitted or will permit them to capitalize on the success, goodwill and reputation of Plaintiff and the strength of its mark in promoting their own goods and services.

5

23.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has been and will be deprived of the value of the Mark and its related assets.

24.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has been damaged and such damage will continue unless the Court enjoins Defendants' acts.  Plaintiff has no adequate remedy at law for Defendants' continuing violation of its rights.

**COUNT III**
**UNFAIR COMPETITION UNDER FLORIDA STATUES §§ 495.131, 151**

25.     Plaintiff repeats and hereby incorporates herein by referenced, as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

26.     Defendants' actions discussed herein constitute unfair competition within the meaning of FS 495.131 and 151.

27.     Plaintiff is entitled to preliminary and permanent injunctive relief ordering Defendants to cease this unfair competition, as well as disgorgement of all Defendants' profits associated with this unfair competition.

**COUNT IV**
**DECEPTIVE, FALSE AND MISLEADING ADVERTISING –**
**FLORIDA STATUES § 495.151**

28.     Plaintiff repeats and hereby incorporates herein by referenced, as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

29.     The acts of Defendants described above constitute untrue and misleading advertising as defined by Florida Statute 495, *et seq.*

6

30.     Defendants' use of the Mark in the same market is likely to create confusion, or to cause mistake or to deceive consumers as to the affiliation, connection or association of Plaintiff's products and services, or deceive consumers as to the origin, sponsorship or approval of Plaintiff's products and services.

31.     Defendants' wrongful acts have permitted or will permit them to capitalize on the success, goodwill and reputation of Plaintiff and the strength of Plaintiff's Mark in promoting their own goods and services.

32.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has been damaged and such damage will continue unless the Court enjoins Defendants' acts.  Plaintiff has no adequate remedy at law for Defendants' continuing violation of Plaintiff's rights.

## COUNT V
## TRADEMARK INFRINGEMENT-COMMON LAW

33.     Plaintiff repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 though 13.

34.     The acts of Defendants' described above constitute trademark infringement of Plaintiff's common law rights in its uses of the Mark.

35.     Defendants' improper use of the mark is likely to cause confusion, mistake and deception of the public as to the identity and origin of Plaintiff's good and services and is likely to cause others to believe that there is a relationship between Defendants and Plaintiff.

7

36.     Defendants' wrongful acts have permitted or will permit them to capitalize on the success, goodwill and reputation of Plaintiff and the strength of Plaintiff's Mark in promoting their own goods and services.

37.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has been and will be deprived of the value of its Mark and related assets.

38.     As a direct and proximate result of Defendant's wrongful conduct, Plaintiff has been damaged and such damage will continue unless the Court enjoins Defendants' acts.  Plaintiff has no adequate remedy at law for Defendants' continuing violation of Plaintiff trademark rights.

## COUNT VI
## COMMON LAW INJURY TO BUSINESS REPUTATION

39.     Plaintiff repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

40.     Plaintiff alleges that Defendants' use of the Infringing Marks injures and creates a likelihood of injury to Plaintiff business reputation because persons encountering Plaintiff and its products and services will believe that Defendants are affiliated with or related to or have the approval of Plaintiff, and any adverse reaction by the public to Defendants and the quality of their products and the nature of their business will injure the business reputation of Plaintiff and the goodwill that it enjoys in connection with its trademarks.

8

## COUNT VII
## UNAUTHORIZED PUBLICATION OF NAME AND LIKENESS
## FLORIDA STATUTES § 540.08

41.     Plaintiff repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 13.

42.     Defendants have published on the Website, the name, image and likeness of Michael for commercial and advertising purposes without the consent of MPS.

43.     As a result, Plaintiff is entitled to enjoin Defendants' unauthorized publication of Michael's name and likeness for commercial or advertising purposes.

**WHEREFORE**, Plaintiff prays:

1.     That pursuant to 15 U.S.C. § 1116, Fla. Stat. § 465.141 and Fla. Stat. § 540.08(2), Defendants and their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from Defendants, and each of them, be preliminarily and permanently enjoined from: (a) using the Mark, or any colorable imitation thereof; (b) using any trademark that imitates or is confusingly similar to or in anyways similar to Plaintiff's trademark "The Situation", or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plaintiff's products and services or their connectedness to Defendants; (c) using the name, image and likeness of Michael Sorrentino for commercial or advertising purposes, anywhere on the website.

9

2.      That Defendants be required to file with the Court and serve on Plaintiff within thirty (30) days after entry of the Injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants' have complied with the Injunction;

3.      That pursuant to 15 U.S.C. §1117, Defendants be held liable for all damages suffered by Plaintiff resulting from the acts alleged herein;

4.      That, pursuant to 15 U.S.C. §1117, Defendants be compelled to account to Plaintiff for any and all profits derived by it from its illegal acts complained of herein;

5.      That the Defendants be ordered pursuant to 15 U.S.C. §1118 and FS 495.141 to deliver up for destruction all containers, labels, signs, prints, packages, wrappers, receptacles, advertising, promotional material or the like in possession, custody or under the controls of Defendants bearing a trademark found to infringing Plaintiff's trademark rights, as well as all plates, matrices, and other means of making the same;

6.      That the Court declare this to be an exceptional case and award Plaintiff its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1117;

7.      That Defendants be ordered, pursuant to FS 495.141, to pay Plaintiff 3 times damages;

8.      That the court grant Plaintiff any other remedy to which it may be entitles as provided for in 15 U.S.C. §§1116 and 1117 or under state law; and

9.      For such and other further relief that the court deems just and proper.

## **Demand for Jury Trial**

Plaintiff demands Jury Trial of all issues.

10

## Verification

I, Marc Sorrentino, as Manager of MPS Entertainment, LLC, do hereby verify under penalties of perjury the truth of the allegations set forth herein.

Marc Sorrentino, Manager
MPS Entertainment


Dated this 16 day of May, 2011.


Respectfully Submitted,

EHRENSTEIN CHARBONNEAU CALDERIN
Counsel for Plaintiff
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
Telephone:      (305) 722.2002
Facsimile:      (305) 722.2001


_____/s/ Richard C. Wolfe_____
RICHARD C. WOLFE, ESQ.
Florida Bar No: 355607
rwolfe@ecclegal.com

11

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

**OFFICE OF THE ATTORNEY GENERAL,**
**DEPARTMENT OF LEGAL AFFAIRS,**
**STATE OF FLORIDA,**

    Plaintiff,                         Case No. 09047732/04
                                       Judge Eileen M. O'Connor
v.

**ROBERT M. FLETCHER,** an individual,
a/k/a ROBERT WEST a/k/a ROBERT WILLIAMS,
a/k/a BILL WILLIAMS a/k/a BETH STORMES,
a/k/a GEORGINA ORR, a/k/a MARY BLUESTONE
a/k/a HIL MALLORY, d/b/a AGENCY STRATEGIC
BOOK PUBLISHING, STYLUS LITERARY AGENCY,
STRATEGIC PUBLISHING GROUP,
AGENCY STRATEGIC BOOK PUBLISHING,
**LESLIE MROZ WILLIAMS,**
an individual a/k/a LESLIE W. MROZ, **MARK
BREDT,** an individual, **LYNN EDDY,**
an individual, **THE LITERARY AGENCY GROUP,**
**INC.,** a dissolved Wyoming corporation,
d/b/a WRITER'S LITERARY & PUBLISHING
SERVICES, THE NEW YORK LITERARY
AGENCY, THE CHILDREN'S LITERARY
AGENCY, POETS LITERARY AGENCY, THE
CHRISTIAN LITERARY AGENCY, WRITER'S
LITERARY SCREENPLAY AGENCY, **RAPID
PUBLISHING-SCREENWRITER911, INC.,** a
dissolved Florida corporation, d/b/a
RAPID PUBLISHING, INC. and
THE GLOBAL BOOK AGENCY,
**AMERICAN ENTERPRISES GROUP, LLC,**
a revoked Nevada Limited Liability
corporation d/b/a The Writer's Literary
& Publishing Company,
**AMERICAN ENTERPRISES GROUP, INC.,**
a Florida corporation, d/b/a AEG PUBLISHING
GROUP, d/b/a ELOQUENT BOOKS, STRATEGIC
BOOK PUBLISHING, STRATEGIC BOOK
MARKETING and THE GLOBAL BOOK
AGENCY, **GROUP AEG, LLC,**
a Florida Limited Liability Corporation,



A TRUE COPY
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL
MAR 11 2010



EXHIBIT
A

S T LITERARY AGENCY, INC.,
a dissolved Florida corporation,

Defendants.

_____/

## AFFIDAVIT OF Financial Investigator RANDI SHAPIRO

I, Randi Shapiro, am a Financial Investigator employed by the Office of the Attorney General, State of Florida, and assigned to the Economic Crimes Division. I have held this position since 2004.

I have personally conducted an investigation of the Defendants in this case. In doing so, I have conducted a review of the websites of the Defendants, emails to consumers from numerous of the Defendants, complaints received from consumers in Broward County, as well as numerous other counties in the State of Florida, other states and foreign countries regarding the Defendants. These records, together with other business records of the Defendants, were obtained through the course of this investigation. In addition, I have reviewed public records from the State of Florida, Divisions of Corporations as well as the public records of the Palm Beach County Tax Collector. From my analysis of the foregoing records and documents, attendance at the sworn statements given by ROBERT M. FLETCHER on January 13, 2009, I have made the following observations and conclusions:

1. On the date of the filing of this action, according to his Florida driver's license, Defendant, ROBERT M. FLETCHER resided at 699 SW 8th Terrace, Boca Raton, FL 33486, which is a home in a residential neighborhood which the public records of Palm Beach County reflect is owned by his long time girlfriend, LESLIE MROZ WILLIAMS, another Defendant in this case. Both ROBERT M. FLETCHER and LESLIE MROZ WILLIAMS were served with the Complaint filed in this case at the above address, according to the returns of service filed in this case.

2. I contacted the Palm Beach County Tax Collector on December 2, 2009 to determine whether Defendant, ROBERT M. FLETCHER had a business license for any of the corporate Defendants at the above address, 699 SW 8th Terrace, Boca Raton, FL 33486. The records of the Palm Beach County Tax Collector reflected no business license at that address since September 30, 2005 when the license for one Defendant, ST LITERARY AGENCY, INC. expired.

3. I have reviewed all websites of the Defendants, which reflect that all communication

between the Defendants and customers, or potential customers, is done by email. There appears to be no phone, or face to face, contact between the individual Defendants, representatives of the other Defendants, and any customers, other than the few who pay to attend the trade shows ROBERT M. FLETCHER attends around the world several times a year, none of which are in Palm Beach County, Florida.

4. My review of the now 300 consumer complaints regarding these Defendants reflects that the consumers who hired the Defendants to represent them as literary agents or publishers had all contact with the Defendants through email and paid all fees through either credit card payments, or payments through Pay Pal. There were no face to face meetings with literary agents or any representatives of any of the Defendants during their representation of any customer. The addresses which the corporate Defendants have listed in Palm Beach County, Florida are mail drops, not offices for meeting customers.

5. Of the 300 complaints received by this office, 33 are of consumers in the State of Florida. Of the 33, 8 are in Broward County, 2 are in Palm Beach County and the remaining 23 consumers reside in other counties in Florida.

6. On January 13, 2009, I attended the sworn statement of Robert Fletcher, taken in the presence of his attorney, Andrew Cove, Esq. A review of the transcript of his sworn statement reflects the following statements by him:

   a. He is responsible for the creation of each of the Defendants which are business entities (Page 9, Line 1);

   b. All the business entity Defendants are domain names for search engine optimization except Defendant, THE LITERARY AGENCY GROUP and Defendant, AMERICAN ENTERPRISES GROUP. All the other business Defendants are operated by these two businesses, which he has incorporated in Florida and Wyoming for asset protection and tax considerations. (Page 12, line 12)

   c. When asked about the location of the Defendant businesses, the questions by Theresa Edwards and answers by ROBERT M. FLETCHER were as follows:

   (Page 12, Line 21)

   Q-"Do you run all of these businesses out of the same location?

   A- Yes

   Q-And what location is that?

A-My laptop, wherever I am, wherever I'm sleeping.

Q-So you take your laptop with you wherever you go?

A-Uh-huh. …..

(Page 13, Line 22)

Q "Okay. Of all the business that I have described, are you the person who is responsible for running them on a day-to-day basis?

A- Yes. ….

(Page 14, Line 7)

Q-Is anybody else the principal on any of those companies?

A- No.

(Page 16, Line 15)

Q-You said that you basically run your companies out of your laptop. Do you have any brick and mortar locations?

A-No.

(Page 31, Line 1)

Q-All right, does  anybody else work in the Boca Raton location with you or is it just you there with Ms. Williams?

A-Well, it's just me and Ms. Williams lives there, too.

Q-All right, but other than you and her that's in the house, you don't have any of the business running out of the house, just you and your laptop?

A-Correct.

(Page 35, line 10)

Q-I believe I asked you this but just to be sure, are there any other principals of the any of the businesses that you run other than yourself?

A-No.

d.  When asked about contact by ROBERT FLETCHER with customers, the following questions and answers were given:

(Page 29, Line 18)

Q-How much contact do you have with the individual customers?

A-How do you want me to describe that?

Q-Do you have contact with them on a regular basis?

A-Yes. I mean all right, we have to be more accurate. I send 500 to 5,000 e-mails out on a very regular basis. So that counts as some level of contact.

Q-Okay. Would you say you sent out 500 e-mails a week, day? How often?

A- More a day.

Q-Five hundred e-mails a day you send out?

A-Uh-huh. I get up and work it.

(Page 30, Line 8)

Q- So you send out up to 500 e-mails a day out to customers?

A-Right.

Q-Do you sent them out to prospective customers?

A-Yes.

(Page 83,Line 1)

Q-And would you say that you manage the organization?

A-Via e-mails.

Q-Okay. So basically you e-mail all day long?

A-Yes, pretty much.

Q-And you review reports?

A-Yes.

Q-And you make recommendations or you tell people what to do?

A- Yes.

Q-And that's what you do all day, basically, mostly from your Boca Raton home?

A-Correct.

Q-How often do you go out to attend any type of book fairs?

A-Once or twice a year.

Q-Which is the last one you went to?

A-I was in Miami three weeks ago, six weeks, two weeks ago, November, and I was at—

Q-Which book fair there?

A-The Miami Book Fair.     I was at Los Angeles last year. I'll be at New York this year.

(Page 138, line 18)

Q-So you have a division in Hollywood?

A-Yes. We have a screenplay division.

Q- And where is that located?

A-In Los Angeles.

Q-Where?

A-I don't know.

Q-Do they have offices?

A-Of course not. I don't do offices. Everybody works from their house and Starbucks;

e.   When the issue of the handling of finances by ROBERT M. FLETCHER was discussed, the following questions and answers took place:

(Page 15, Line 13)

Q-Do you have a Pay Pal account?

A- Yes.

Q-How Many?

A-Three to five.

(Page 31, Line 13)

Q-What happens to the money when it's taken out of the Pay Pal accounts?

A-It's sent to a local bank account.

(Page 32, Line 5)

Q-Okay. Well, once the account--- once the money comes out of PayPal, who directs it out of PayPal into one of these other accounts?

A-Me.

Q-Do you do that on a daily basis.

Yes.

7. The following listed documents, marked as Exhibits and attached hereto are true and accurate copies of the original documents which are incorporated into this affidavit by reference as if fully set forth:

  Exhibit "A" – Transcript of Sworn Statement of Robert M. Fletcher taken 1-13-09;

  Exhibit "B" – copy of tax receipt for Palm Beach County Tax Collector.

FURTHER AFFIANT SAYETH NAUGHT.

        Randi Shapiro

  SWORN TO AND SUBSCRIBED BEFORE ME this ___day of March 2010.

STATE OF Florida

COUNTY OF Broward

My commission expires:

HEIDI ENGLISH
Commission # DD 904121
Expires July 1, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

        Notary Public

(Print, type or stamp commissioned name of Notary Public)

Personally known _____✓_____ or

Produced identification _____

Type of identification produced:

STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LEGAL AFFAIRS
ECONOMIC CRIMES


AG NO.: L07-3-1146


IN RE: INVESTIGATION OF
WRITER'S LITERARY AGENCY
GROUP, INC., WRITER'S
LITERARY & PUBLISHING
SERVICES COMPANY(editing
arm of other agencies),
etc., et al.,

_____

                                    Office of the Attorney General
                                    Department of Legal Affairs
                                    110 Southeast 6th Street
                                    9th Floor
                                    Fort Lauderdale, FL 33301
                                    January 13, 2009



          SWORN STATEMENT OF ROBERT M. FLETCHER, JR.

     Taken on behalf of the State of Florida, Office of

Attorney General, before CHASE HILDUM, a Notary Public within

and for the County of Broward, State of Florida, pursuant to

Subpoena with Appearance.



EXHIBIT

A

EXHIBIT

# PALM BEACH COUNTY
## TAX COLLECTOR
## LOCAL BUSINESS TAX RECEIPT

**Account Year:** 2004    **Account Number:** 18433    **Status:** INACTIVE

**Fee Class:** OC025    **Owner Name:** FLETCHER ROBERT

**Business Name:** ST LITERARY AGENCY INC

**Business**

**Address:** 699 SW 8TH TERRACE

  **City:** BOCA RATON

  **State:** FL

  **Zip:** 33486

**Phone:** (501) 267-0426

**Mail**

**Address:** PO BOX 272503

  **City:** BOCA RATON

  **State:** FL

  **Zip:** 33427-2503

**City Limits:** NO

**Fee Period:** HALF YEAR

**Orig Issue:** 04/01/2004

**State Cert:**

**Exp Date:** 09/30/2005

**Number of:** 1

**Delq Pers Prop:**

**Type of Business:** WEB SITE CONSULTANT

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 29 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:          OR  Jump  to record:       **Record 26 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# The Situation

| | |
|---|---|
| **Word Mark** | THE SITUATION |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, t-shirts and underwear. FIRST USE: 20091221. FIRST USE IN COMMERCE: 20091221. |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77901546 |
| **Filing Date** | December 28, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 DORADO BEACH COURT HOWELL NEW JERSEY 07731 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Daniel Pepper |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Michael Sorrentino, whose consent(s) to register is made of record. |

**EXHIBIT B**

Case 1:11-cv-21765-PCH   Document 1   Entered on FLSD Docket 05/16/2011   Page 22 of 37

**Live/Dead Indicator**          LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 29 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: _____   OR | Jump | to record: _____    **Record 13 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE SITUATION

| | |
|---|---|
| **Word Mark** | **THE SITUATION** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment, namely, personal appearances by an entertainer, personality, celebrity or model; entertainment services, namely, live, televised and movie appearances by a professional entertainer; entertainment, namely, television production; television and cable television show production; entertainment in the nature of on-going television, cable television programs featuring music, comedy, drama, fashion shows, exhibitions and competitions and spoken word; television and cable television programs featuring music, comedy, drama, fashion shows, exhibitions and competitions and spoken word; entertainment in the nature of ongoing television and cable television reality shows and progr. FIRST USE: 20091203. FIRST USE IN COMMERCE: 20091203 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85156576 |
| **Filing Date** | October 19, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 |

**EXHIBIT**

*tabbies* C

Dorado Beach Court Howell NEW JERSEY 07331

**Attorney of Record**   Dave Feldman

**Type of Mark**   SERVICE MARK

**Register**   PRINCIPAL

**Live/Dead Indicator**   LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 29 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 11 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE SITUATION

| | |
|---|---|
| **Word Mark** | THE SITUATION |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements; Dietary beverage supplements for human consumption in liquid and dry mix form; Dietary food supplements; Dietary supplemental drinks; Dietary supplemental drinks in the nature of vitamin and mineral beverages; Food supplements, namely, anti-oxidants; Health food supplements; Liquid nutritional supplement; Meal replacement and dietary supplement drink mixes; Natural herbal supplements; Nutritional and dietary supplements formed and packaged as bars; Nutritional energy bars; Nutritional food bars ; Nutritional supplement in the nature of a nutrient-dense, protein-based drink mix; Nutritional supplements; Powdered fruit-flavored dietary supplement drink mix; Powdered nutritional supplement drink mix; Protein supplements; Vitamin and mineral formed and packaged as bars; Vitamin and mineral supplements; Vitamin enriched water; Vitamin fortified beverages; Vitamin preparations; Vitamin supplements; Vitamins |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85168011 |
| **Filing Date** | November 3, 2010 |
| **Current Filing Basis** | 1B |
| **Original** | 1B |



EXHIBIT

| Filing Basis | |
|---|---|
| Owner | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 Dorado Beach Court Howell CALIFORNIA 07731 |
| Attorney of Record | Dave Feldman |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Apr 29 04:05:46 EDT 2011

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:          **Record 5 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( Use the "Back" button of the Internet Browser to return to TESS)

# THE SITUATION

| | |
|---|---|
| **Word Mark** | THE SITUATION |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85168019 |
| **Filing Date** | November 3, 2010 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 Dorado Beach Court Howell NEW JERSEY 07731 |
| **Attorney of Record** | Dave Feldman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:11-cv-21765-PCH Document 1 Entered on FLSD Docket 05/16/2011 Page 28 of 37

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 29 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump   to record:     **Record 12 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE SITUATION

| Word Mark | **THE SITUATION** |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Computer application software for use with smartphones, PDA devices, and tablet computers, namely software for accessing, viewing, interacting with and downloading entertainment content. FIRST USE: 20100915. FIRST USE IN COMMERCE: 20100915 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85156579 |
| Filing Date | October 19, 2010 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 Dorado Beach Court Howell NEW JERSEY 07731 |
| Attorney of Record | Dave Feldman |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead | |



Case 1:11-cv-21765-PCH   Document 1   Entered on FLSD Docket 05/16/2011   Page 30 of 37

**Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 29 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 10 out of 53**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE SITUATION

| Word Mark | THE SITUATION |
|---|---|
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed instructional, informational, and educational, brochures, booklets, books, and workbooks in the field of diet, exercise, fitness, health, lifestyle, and nutrition; comic books; magazines featuring information on health, fitness, exercise, treatments, therapies, diet and nutrition; temporary tattoos; posters; calendars |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85168032 |
| Filing Date | November 3, 2010 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) MPS ENTERTAINMENT, LLC LIMITED LIABILITY COMPANY NEW JERSEY 153 Dorado Beach Court Howell NEW JERSEY 07731 |
| Attorney of Record | Dave Feldman |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead | |



EXHIBIT

6

Trademark Electronic Search System (TESS)

**Indicator**      LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

  

**Home    Press Release    FTLF    Photos    Video    Blog         Twitter     Facebook**



Sign up to stay updated on the
CONFRONTATION with the SITUATION!

Subscribe

    Email:

    Name:

    Age:

    [ Subscribe ]



EXHIBIT

H

# PRESS RELEASE
### 3/30/2011

MTV's JERSEY SHORE STAR, "MIKE SORRENTINO – THE SITUATION", TO BE SUBJECT OF TELL-ALL BOOK, EBOOK, AND YOU TUBE SERIES BY ESTRANGED FATHER. "Confrontation With Situation" to be publicized on a global scale.

Rights of printed book, ebook, and mobile book offered for sale.

The star of Jersey Shore, the number one reality show on MTV, is to be the subject of a tell-all book by his recently estranged father. "I'm calling Mike on his sh*t" says Frank Sorrentino father of Mike "The Situation" Sorrentino.. "I've covered up for Mike his entire life, and when I needed his help, he left me hanging", continued Mike's dad. "I think people should know what I know. Hard core partying, drugs, sex, crime elements, you name it, it's in there. Some of it is funny, some of it you won't believe, and underneath it all, well, it's a hell of a situation, and I think you know what I mean. Based on what he did to me, my attitude is f*ck the little f*ck" and I'm not holding anything back", he concluded.

"Rights for the printed book, digital book, and mobile book are currently being offered on a country and regional basis", said Mr. Robert Fletcher, the CEO of Strategic Book Publishing & Rights Agency, a US book marketing, literary agency, and rights company who has been chosen to handle the rights sales and manage the digital marketing efforts. "Conveniently, we are launching the project at the London Book Fair this April where we exhibit each year" continued Mr. Fletcher. "We hope to have a six figure deal for the book rights inked by May and make that announcement at the Book Expo in New York this year".

When asked why the rights should sell so handsomely, Mr. Fletcher replied, "In the old days, the publishing industry just sold books. What is going to set sales from this tell-all book apart from all the others is the ability to offer a compelling story on all the new book reading platforms available along with pictures, video, and more. We want our publishing partners to know that we will be promoting sales of print books, enhanced iPad/iPhone books, Google Editions, Kindle, Nook, Android and even some platforms that are only available in India. This list doesn't even include what is going to happen from our YouTube efforts where we plan to serialize the stories. There is every possibility in the world that this can "go viral" and to say we will be pushing the publishing envelope is an understatement, said Mr. Fletcher, who is designing the rollout and publicity to coincide with the 2011 season of Jersey Shore being filmed in Italy. To see a preview please visit www.TheConfrontationSite.com (Under construction).

About: Mike "The Situation" Sorrentino is a star of MTV's reality television show, Jersey Shore, which drew a record 5.5 million viewers on August 12, 2010, making it the #1 telecast of 2010 with P12-34. The reality series was Thursday's #1 telecast of the day among P12-34, across all of television.

About: Strategic Book Publishing & Rights Agency is a global book marketing and rights agency located in the United States with partners in China, Europe, India, and around

the world.  Strategic works with over 10,000 authors in publishing, rights sales, and innovative marketing and public relations using cutting edge technology. (www.StrategicBookGroup.com)

For more information on specific rights questions please contact Mr. Fletcher. Robert@StrategicBookAgency.com.  Until the rights are placed and sold we are not taking interviews or making further comments.

Contact:    Robert Fletcher

Phone:      703-637-6370 (USA) Cell

Email:       Robert@StrategicBookAgency.com

Home   Press Release   FTLF   Photos   Video   Blog   Twitter   Facebook

# Frank Sorrentino

| Preview | Title | Description |
|---|---|---|
| | Introduction | Frank explains why the confrontation is going after the situation |
| | The Blowjob | Frank gets Mike a job with his friend and Mike files sexual harassment after getting a blowjob in the office |
| | Sex Tape | Frank explains how he bailed Mike out of a situation he created with a sex tape |
| | Oldschool | Frank talks about how the times were when he grew up |
| | Naming "The Situation" | How the name "The Situation" came about |
| | The School Project | Find out what happened when Mike did a school project on Poland |
| | Frank Reviews The Cast | Frank gives his opinion on each of the cast members of the show! |
| | Confrontation With The Agent | Frank delivers a friendly message to Mike's agent who ironicly is also named Mike. |
| | MTV Crashes Italy | Watch as we show you how Frank predicts the downfall of the Jersey Shore in Italy |
| | 9MM Confrontation | Watch as Frank explains how to bailed Mike out of another situation by using a handgun |



When I Was 17

Frank clears up the confusion about Mikes story from "When I was 17".

Rants!

Watch as Frank rants about some of the cast members