IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MPS ENTERTAINMENT, LLC
A New Jersey Limited Liability Company

      Plaintiff,                              CASE NO.:  1:11-CV-21765

vs.

ROBERT M. FLETCHER and
FRANK SORRENTINO

      Defendants,
_____/

## NOTICE OF STRIKING DOCKET ENTRY NO. 7

MPS Entertainment, LLC ("MPS"), by and through its undersigned counsel, hereby gives notice of striking its Proposed Order on the Motion for Preliminary Injunction and will resubmit according to the CM/ECF Administrative Procedures for proposed orders.

                Respectfully Submitted,

                EHRENSTEIN CHARBONNEAU CALDERIN
                Counsel for Plaintiff
                501 Brickell Key Drive, Suite 300
                Miami, Florida 33131
                Telephone:    (305) 722.2002
                Facsimile:    (305) 722.2001

                    /s/ Richard C. Wolfe
                RICHARD C. WOLFE, ESQ.
                Florida Bar No: 355607
                rwolfe@ecclegal.com