IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MPS ENTERTAINMENT, LLC
A New Jersey Limited Liability Company

      Plaintiff,                 CASE NO:    1:11-CV-21765-PCH

vs.

ROBERT M. FLETCHER and
FRANK SORRENTINO

      Defendants,
_____/

## ORDER GRANTING PLAINTIFF'S VERIFIED EMERGENCY MOTION FOR INJUNCTION, ACCEPTING THE SETTLEMENT AND DISMISSING THE CLAIMS AGAINST FRANK SORRENTINO

THIS MATTER came before the Court on Plaintiff's Verified Emergency Motion for Preliminary Injunction and on the Unopposed Motion to Approve the Settlement between Plaintiff and Frank Sorrentino. Upon review of the pleadings, declarations and evidence presented and the executed Stipulation for Settlement, the Court makes the following findings of fact and conclusions of law:

A.     Plaintiff is the corporate entity, holding all exclusive licensing and other rights to use the trademarks, name and likeness of a well-known television personality named Michael Sorrentino.

B.     The Plaintiff has the exclusive right to use the registered trademark "The Situation" (hereinafter, the "Mark") in the United States in connection with developing, marketing, distributing and licensing goods and services relating to Michael Sorrentino under the Mark.

C.     Defendant, Frank Sorrentino ("Frank") has advertised and promoted a book, videos and other commercial ventures through a Website located at www.theconfrontationsite.com, which used the Plaintiff's Mark and Michael Sorrentino's name, images and likeness in commerce and which exploited Plaintiff's trademark and publicity rights.

D.     Defendant is not now, nor has he ever been, authorized or licensed to use, or make reproductions and/or imitations of the Mark or Michael Sorrentino's name, images, or likeness, for advertising purposes.

E.     Plaintiff is likely to suffer immediate and irreparable injury if an injunction is not granted.  It clearly appears from the specific facts as set forth in Plaintiff's Verified Complaint, Plaintiff's Verified Emergency Motion for Preliminary Injunction and the Declarations attached thereto, that immediate and irreparable loss, damage and injury will result to Plaintiff as follows:

1.     Defendant has advertised and promoted a book, videos and other commercial ventures, which utilize in commerce the Mark and the name, images and likeness of Michael Sorrentino in violation of Plaintiff's rights;

2.     Plaintiff has well-founded fears that more aggressive marketing of Defendants' material will be disseminated into the marketplace; that consumers may be misled, disappointed and confused by the use of Plaintiff's Mark and Michael's name, image, and likeness resulting in injury to Plaintiff's reputation and goodwill;.

3.     Frank Sorrentino has consented to the entry of this Order.

F.     The balance of potential harm to Defendant if an injunction order is issued is outweighed by the potential harm to Plaintiff if it is not issued.

2

G.     The public interest favors issuance of a preliminary injunction.

It is ORDERED AND ADJUDGED that:

Plaintiff's request for a Permanent Injunction is hereby granted as follows:

Defendant, Frank Sorrentino, his respective officers, directors, employees, agents, subsidiaries, distributors, and all persons and entities acting in concert or participation with him are hereby permanently restrained from:

1.     Using the name, image, or likeness of Michael Sorrentino or Plaintiff's trademark "The Situation" in advertising or promoting any book, video, or other commercial venture.

2.     Using the Mark "The Situation" for any commercial purpose including on any website, or in any promotional or advertising documents, email or website.

3.     Instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to above.

The Stipulation for Settlement which was executed by Plaintiff and Frank Sorrentino is hereby adopted and ratified.

Based upon the Stipulation for Settlement filed with this Court, the case against Frank Sorrentino is hereby dismissed with prejudice. Each of the parties shall bear their own attorneys' fees. The Court reserves jurisdiction over Frank Sorrentino to enforce the terms of the Stipulation and this order granting the permanent injunction and attorneys'

3

fees will be awarded in the event Defendant fails to comply with the terms of the

Stipulation or this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this _July 12_, 2011.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record